**AFFIDAVIT**

I, Deportation Officer (DO) Jared J. Tilley, being duly sworn hereby depose and state:

1. I am currently employed as a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been so since February of 2009. I earned a bachelor's degree in Sociology in 2005. Previously, I have been employed by ICE as an Immigration Enforcement Agent, and the United States Customs and Border Protection as a Border Patrol Agent starting in January of 2007. As part of my official duties, I investigate criminal and administrative violations of the Immigration and Nationality Act, as well as the United States Code.

2. On or about November 02, 2024, HILBERTO FRANCIS BETHRAN, was arrested and booked into the Cherokee County Detention Center on local charges. BETHRAN came into ICE custody on April 24, 2025. During administrative processing it was revealed that BETHRAN had previously been deported.

3. A check of BETHRAN'S immigration file revealed he was deported from the United States in November 2017. A search of the IAFIS database of both fingerprints and photo of BETHRAN revealed a deportation on or about that same date.

4. There is no record that BETHRAN ever obtained permission from the Attorney General of the United States or his successor, the Director of Homeland Security, to reapply to the INS or ICE for admission into the United States after having been arrested and deported.

5. Having been found in the United States on or about November 02, 2024, after being previously deported from the United States and then reentering without permission from the Attorney General of the United States or his successor, the Director of Homeland Security, there is probable cause to believe that BETHRAN is in the United States in violation of Title 8 of the United States Code, Section 1326(a).


Further your affiant sayeth not.

Jared J. Tilley
Deportation Officer
Immigration and Customs Enforcement

Sworn before me this 25th day of April 2025.

William S. Brown
United States Magistrate Judge

Greenville, South Carolina

2